**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANTONIO LOPEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 24-CV-235 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| D/B/A WAL-MART SUPERCENTER | § | |
| #1313, WAL-MART SUPERCENTER #1313 | § | |
| AND WALMART INC. | § | JURY DEMANDED |

**INDEX OF DOCUMENTS FILED**
**WITH REMOVAL ACTION**

A. Plaintiff's Original Petition and Jury Demand.
B. Citation and Officer's Return - Wal-Mart Stores Texas, LLC.
C. Citation and Officer's Return - Walmart Inc.
D. Defendants' Original Answer to Plaintiff's Original Petition.
E. Defendants' Demand for Jury Trial.
F. Register of Actions.
G. List of Counsel of Record.

# Exhibit A

FILED
1/10/2024 12:40 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Ana Cortijo
Bexar County - 150th District Court

2024CI00629

2 CITS PPS SAC 4

CAUSE NO. _______

| | | |
|---|---|---|
| **ANTONIO LOPEZ** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **____JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **D/B/A WAL-MART SUPERCENTER** | § | |
| **#1313; WAL-MART SUPERCENTER** | § | |
| **#1313; AND WALMART INC.** | § | |
| **Defendants.** | § | **BEXAR COUNTY TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Antonio Lopez, hereinafter called Plaintiff, complaining of and about Wal-Mart Stores Texas, LLC D/B/A Wal-Mart Supercenter #131, Wal-Mart Supercenter #1313, and Walmart INC. hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Due to the requirements of Texas Rule of Civil Procedure 47, Plaintiff states that the monetary relief sought is over $250,000 but not over $1,000,000. Plaintiff also intends to conduct discovery under Discovery Level 2 in accordance with the Texas Rules of Civil Procedure.

### PARTIES AND SERVICE

2. Plaintiff is an individual with a residence in Bexar County, Texas.

3. Defendant Wal-Mart Stores Texas, LLC D/B/A Wal-Mart Supercenter #1313 is a foreign limited liability company doing business in Bexar County, Texas that may be served by

serving its registered agent, **C T Corporation System** and may be served at **1999 Bryan St, Ste. 900, Dallas, Texas 75201**, or wherever the agent may be found. Plaintiff requests that citation be issued via eService or email to Plaintiff's counsel and Plaintiff be allowed to serve Defendant via private process server. If service is not available in this manner, please mail the citation to Plaintiff's counsel.

4. Defendant Wal-Mart Supercenter #1313 is a trade name, common name, or name associated with the place of business where Plaintiff was injured, and no service is requested at this time for this entity. This name is a place holder in the event Defendants asserts an incorrect identification of Defendants.

5. Defendant Walmart, Inc., is a foreign for-profit corporation doing business in Bexar County, Texas that may be served by serving its registered agent, , **C T Corporation System**, and may be served at **1999 Bryan St, Ste. 900, Dallas, Texas 75201**, or wherever the agent may be found. Plaintiff requests that citation be issued via eService or email to Plaintiff's counsel and Plaintiff be allowed to serve Defendant via private process server. If service is not available in this manner, please mail the citation to Plaintiff's counsel.

## JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court.

7. Venue in Bexar County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

8. On or about January 22, 2022, Plaintiff Antonio Lopez was a customer and business invitee shopping at the Wal-Mart Supercenter #1313 located at 1200 SE Military Drive, San Antonio, Texas, 78214 in Bexar County. Defendants owned, operated, and controlled this store and the premises on the date of the incident.

9. Plaintiff was shopping in the frozen meat section. As he was walking, he slipped on an unknown liquid, and fell to the ground. There were no signs or indication that the floor could be wet. As a result of Defendants' negligent conduct, Plaintiff sustained substantial injuries to his person and was forced to incur physical and economic damages.

## RES IPSA LOQUITUR

10. Because Defendants were in exclusive control over the flooring at the time of this injury, Plaintiff relies on the doctrine of *res ipsa loquitur* in that Plaintiff will show that the character of the occurrence giving rise to this litigation is such that it would not have happened in the absence of negligence, and that the maintenance and safety of the flooring was within the exclusive control of the Defendants at the time the negligence occurred.

## PLAINTIFF'S CLAIM OF RESPONDEAT SUPERIOR AGAINST DEFENDANTS

11. Plaintiff asserts liability under the doctrine of respondeat superior, in that Plaintiff was injured as a result of Defendants' employees' acts or omissions while in the course and scope of employment with Defendants, and at the time of said acts or omissions, Defendants' employees were acting in the course and scope of their employment of Defendants. Accordingly, Defendants are liable for the aforementioned acts or omissions.

**PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANTS**

12. Defendants Wal-Mart Stores Texas, LLC, and Walmart Inc. had a duty to exercise the degree of care that a reasonably careful business would use to avoid harm to others under circumstances similar to those described herein.

13. Plaintiff's injuries were proximately caused by Defendants' negligent, careless, and reckless disregard of said duty.

14. The negligent, careless, and reckless disregard of duty of Defendants Wal-Mart Stores Texas, LLC, and Walmart Inc. consisted of, but is not limited to, the following acts and omissions:

A. Defendants failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a business exercising ordinary prudence under the same or similar circumstances; and

B. Defendants failed to post signs warning of the unreasonable danger as a business exercising ordinary prudent care would have done under the same or similar circumstances.

**PLAINTIFF'S CLAIM OF PREMISES LIABILITY AGAINST DEFENDANTS**

15. Defendants owned and controlled the premises, managed the premises, and operated the restaurant where Plaintiff was injured.

16. At all relevant times, Plaintiff was a customer and business invitee of Defendants in that he was at Defendants' property for Defendants' benefit. Plaintiff was an invitee and Defendants owed a duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises and to warn said Plaintiff of their existence.

17. Defendants, by and through its agents, servants, and or employees, negligently allowed the premises to become dangerous, negligently permitted such dangerous condition to exist, and negligently failed to warn Plaintiff of the dangerous condition of the premises, despite the fact that Defendants, its agents, servants, and/or employees, knew, or in the exercise of ordinary care, should have known of the existence of the dangerous condition of the premises and its potential for injury. Plaintiff further alleges that the unreasonably dangerous condition of the premises was created by Defendants and/or had continued for such a period of time that it should have been noticed and removed if Defendants, its agents, servants, and employees had exercised ordinary care in the operation and maintenance of the premises.

18. The incident and Plaintiff's injuries were proximately caused by the negligence of Defendants acting by and through its employees, servants, and agents in one or more of all of the following particulars, but not to the exclusion of other means not mentioned:

A. Failing to warn Plaintiff of the dangerous, unsafe condition;

B. Failing to inspect, discovery, and remedy the condition of the slippery floor; and

C. Failing to have proper methods, equipment, and supplies to keep the floor in a safe condition.

19. In addition, Defendants knew, or should have known, that a dangerous condition existed. However, Defendants failed to inspect the floor, failed to discover the dangerous condition, failed to restrict customers from the area, or otherwise remedy the condition, and failed to warn of these conditions. These acts and/or omissions were a proximate cause of Plaintiff's

injuries and damages.

## DAMAGES FOR PLAINTIFF ANTONIO LOPEZ

20. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer both physically and financially and to incur the following damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Bexar County, Texas;

B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C. Physical pain and suffering in the past;

D. Physical pain and suffering in the future;

E. Physical impairment in the past;

F. Physical impairment which, in all reasonable probability, will be suffered in the future;

G. Loss of earning in the past;

H. Loss of earning capacity which will, in all probability, be incurred in the future;

I. Mental anguish suffered in the past; and

J. Mental anguish suffered in the future.

## RULE 193.7 NOTICE

21. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendants that any and all documents produced may be used against them at any

pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court together with pre-judgment interest from the date of injury through the date of judgment at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**STANLEY AND ASSOCIATES, PLLC**
2600 K Avenue, Suite 180
Plano, TX 75074
Tel. (214) 570-4944
Fax (214) 540-4561

By: *__/s/ Dustin Brown__*
Dustin Brown
Texas Bar No. 24076985
dustin@seriousinjury.legal
Attorney for Plaintiff

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hunter Tackett on behalf of Dustin Brown
Bar No. 24076985
Hunter@seriousinjury.legal
Envelope ID: 83274081
Filing Code Description: Petition
Filing Description:
Status as of 1/10/2024 2:11 PM CST

Associated Case Party: Antonio Lopez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dustin Brown | | dustin@seriousinjury.legal | 1/10/2024 12:40:41 PM | SENT |
| Hunter Tackett | | hunter@seriousinjury.legal | 1/10/2024 12:40:41 PM | SENT |

# Exhibit B

FILED
2/7/2024 5:31 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patrick Gordon
Bexar County - 150th District Court

PRIVATE PROCESS

Case Number: 2024CI00629

Antonio Lopez VS Wal-Mart Stores Texas, LLC ET AL
(Note: Attached Document May Contain Additional Litigants)

IN THE 150TH DISTRICT COURT

BEXAR COUNTY, TEXAS

CITATION

"THE STATE OF TEXAS"

Directed To: **Wal-Mart Stores Texas, LLC DBA WAL-MART SUPERCENTER #131**
**BY SERVING ITS REGISTERED AGENT C T Corporation System**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition** was filed **on this the 10th day of January, 2024.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 12th day of January, 2024.**

**DUSTIN BROWN**
**ATTORNEY FOR PLAINTIFF**
**2600 K AVE STE 180**
**Plano TX 75074-5395**

DISTRICT COURT OF BEXAR COUNTY, TEXAS

**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Madison Gamache**
**Madison Gamache, Deputy**

---

ANTONIO LOPEZ VS WAL-MART STORES TEXAS, LLC ET AL

Case Number: 2024CI00629
150th District Court

## Officer's Return

I received this CITATION on the 6 day of February, 20 24 at 9 o'clock A M. and (✓) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION** the date of delivery endorsed on it to the defendant Wal-Mart Stores Texas, LLC DBA Wal-Mart Supercenter #131 in person on the 6th day of February 20 24 at 12:17 o'clock P M. at 1999 Bryan St #900 City Dallas State TX Zip 75201

or ( ) not executed because ______________________.

Fees: 80 Badge/PPS #: 19969 Date certification expires: 6/30/25

Dallas County, Texas

BY: [signature]

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS ______________________

______________________
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is Daisy Garcia, my date of birth is 4-22-96, and my address is 5151 BELT LINE RD. SUITE 826 DALLAS, TEXAS 75254 County.
I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas, on the 7th day of February, A.D., 2024

[signature]
Declarant

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 84271055
Filing Code Description: Return of Service Successful
Filing Description: WAL-MART STORES TEXAS, LLC
Status as of 2/8/2024 1:25 PM CST

Associated Case Party: Antonio Lopez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dustin Brown | | dustin@seriousinjury.legal | 2/7/2024 5:31:34 PM | SENT |
| Hunter Tackett | | hunter@seriousinjury.legal | 2/7/2024 5:31:34 PM | SENT |

Copy from re:SearchTX

# Exhibit C

FILED
2/7/2024 5:33 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patrick Gordon
Bexar County - 150th District Court

CPRIVATE PROCESS

Case Number: 2024CI00629

Antonio Lopez VS Wal-Mart Stores Texas, LLC ET AL
(Note: Attached Document May Contain Additional Litigants)

IN THE 150TH DISTRICT COURT

BEXAR COUNTY, TEXAS

CITATION

"THE STATE OF TEXAS"

Directed To: **Walmart, Inc.**
**BY SERVING ITS REGISTERED AGENT C T Corporation System**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition** was filed **on this the 10th day of January, 2024.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 12th day of January, 2024.**

**DUSTIN BROWN**
**ATTORNEY FOR PLAINTIFF**
**2600 K AVE STE 180**
**Plano TX 75074-5395**

DISTRICT COURT OF BEXAR COUNTY, TEXAS

**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Madison Gamache**
**Madison Gamache, Deputy**

---

ANTONIO LOPEZ VS WAL-MART STORES TEXAS, LLC ET AL

Case Number: 2024CI00629
150th District Court

## Officer's Return

I received this CITATION on the 6 day of February 20 24 at 9 o'clock A M. and (✓) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION** the date of delivery endorsed on it to the defendant Walmart Inc. in person on the 6th day of February 2024 at 12:17 o'clock P M.

at 1999 Bryan St #900 City Dallas State TX Zip 75201

or ( ) not executed because ____________________.

Fees: 80 Badge/PPS #: 19964 Date certification expires: 6/30/25

Dallas County, Texas

BY: [signature]

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS ____________________

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is Daisy Garcia, my date of birth is 4-22-96, and my address is 5151 Belt Line Rd #920 Dallas TX 75254 County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas, on the 7th day of February A.D., 2024.

[signature]
Declarant

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 84271102
Filing Code Description: Return of Service Successful
Filing Description: WALMART, INC.
Status as of 2/8/2024 1:26 PM CST

Associated Case Party: Antonio Lopez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dustin Brown | | dustin@seriousinjury.legal | 2/7/2024 5:33:23 PM | SENT |
| Hunter Tackett | | hunter@seriousinjury.legal | 2/7/2024 5:33:23 PM | SENT |

Copy from re:SearchTX

# Exhibit D

FILED
2/22/2024 10:46 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Garland Carter
Bexar County - 150th District Court

NO.: 2024-CI-00629

| | | |
|---|---|---|
| ANTONIO LOPEZ<br>*Plaintiff* | §<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | 150TH JUDICIAL DISTRICT |
| WAL-MART STORES TEXAS, LLC<br>D/B/A WAL-MART SUPERCENTER #1313<br>WAL-MART SUPERCENTER #1313 AND<br>WALMART INC.<br>*Defendants* | §<br>§<br>§<br>§<br>§ | BEXAR COUNTY, TEXAS |

**DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WAL-MART STORES TEXAS, LLC, WAL-MART SUPERCENTER #1313 AND WALMART INC., Defendants in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's Original Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendants assert denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said Petition, and demand strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendants assert that if Plaintiff suffered injuries as a result of the incident made the basis of this lawsuit, which Defendants expressly deny by the filing of this pleading, that said injuries were caused in whole or in part by Plaintiff's own negligence or responsibility. Accordingly, Defendants assert all rights, privileges and remedies afforded or available pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

III.

Pleading further and without waiving the foregoing, Defendants assert that Plaintiff's recovery of medical or health care expenses, if any, is limited to the amount actually paid or incurred by or on behalf of Plaintiff. Accordingly, Defendants assert all rights, privileges and remedies afforded or available to it pursuant to §41.0105 of the Texas Civil Practices and Remedies Code.

IV.

Pleading further and without waiving the foregoing, Defendants assert that the incident in question was proximately caused or solely proximately caused by the negligent and/or wrongful conduct of persons or third parties outside the control of these Defendants. Accordingly, Defendants assert all rights, privileges and remedies afforded or available to it pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

V.

Pleading further and without waiving the foregoing, Defendants assert that no negligent or wrongful act or omission of any employees of Defendants, while acting within the course and scope of their employment, caused or in any way contributed to the damages allegedly sustained by Plaintiff. Thus, Defendants specifically deny liability of any kind or nature whatsoever.

VI.

Pleading further and without waiving the foregoing, Defendants specifically reserve the right to amend this Answer, as is its right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, Defendants, WAL-MART STORES TEXAS, LLC, WAL-MART SUPERCENTER #1313 AND WALMART INC., pray that Plaintiff take nothing by this lawsuit, and that Defendants be allowed to go hence without day and recover all of its costs and

attorneys' fees, and such other and further relief, both special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

*James K. Floyd*
James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN:24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the TRCP on this the 22nd day of February 2024.

Dustin Brown
Stanley and Associates, PLLC
2600 K Avenue, Suite 180
Plano, Texas 75074
**ATTORNEY FOR PLAINTIFF**

*James K. Floyd*
James K. Floyd

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JANICE DELGADO on behalf of James Floyd
Bar No. 24047628
jdelgado@dawray.com
Envelope ID: 84782979
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: WAL-MART STORES TEXAS, LLC, WAL-MART SUPERCENTER #1313 AND WALMART INC
Status as of 2/26/2024 10:22 AM CST

Associated Case Party: Antonio Lopez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dustin Brown | | dustin@seriousinjury.legal | 2/22/2024 10:46:41 AM | SENT |
| Hunter Tackett | | hunter@seriousinjury.legal | 2/22/2024 10:46:41 AM | SENT |

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth W.Yancy | | eyancy@dawray.com | 2/22/2024 10:46:41 AM | SENT |
| Lindsey Rish | | lrish@dawray.com | 2/22/2024 10:46:41 AM | SENT |
| William E.Pope | | wpope@dawray.com | 2/22/2024 10:46:41 AM | SENT |
| James KFloyd | | jfloyd@dawray.com | 2/22/2024 10:46:41 AM | SENT |

# Exhibit E

FILED
2/22/2024 10:46 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Garland Carter
Bexar County - 150th District Court

NO.: 2024-CI-00629

| | | |
|---|---|---|
| ANTONIO LOPEZ<br>*Plaintiff*<br><br>VS.<br><br>WAL-MART STORES TEXAS, LLC<br>D/B/A WAL-MART SUPERCENTER #1313<br>WAL-MART SUPERCENTER #1313 AND<br>WALMART INC.<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br>150TH JUDICIAL DISTRICT<br><br><br><br><br>BEXAR COUNTY, TEXAS |

**DEFENDANTS' JURY DEMAND**

COMES NOW, WAL-MART STORES TEXAS, LLC, WAL-MART SUPERCENTER #1313 AND WALMART INC., Defendants herein and, pursuant to the applicable Rules of the Texas Rules of Civil Procedure, hereby formally make this demand and application for a jury trial in this litigation. Defendants tender the jury fee contemporaneously with the filing of this jury demand which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

*James K. Floyd*
James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN:24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the TRCP on this the 22nd day of February 2024.

Dustin Brown
Stanley and Associates, PLLC
2600 K Avenue, Suite 180
Plano, Texas 75074
**ATTORNEY FOR PLAINTIFF**

*James K. Floyd*
James K. Floyd

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JANICE DELGADO on behalf of James Floyd
Bar No. 24047628
jdelgado@dawray.com
Envelope ID: 84782979
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: WAL-MART STORES TEXAS, LLC, WAL-MART SUPERCENTER #1313 AND WALMART INC
Status as of 2/26/2024 10:22 AM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth W.Yancy | | eyancy@dawray.com | 2/22/2024 10:46:41 AM | SENT |
| Lindsey Rish | | lrish@dawray.com | 2/22/2024 10:46:41 AM | SENT |
| William E.Pope | | wpope@dawray.com | 2/22/2024 10:46:41 AM | SENT |
| James KFloyd | | jfloyd@dawray.com | 2/22/2024 10:46:41 AM | SENT |

Associated Case Party: Antonio Lopez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dustin Brown | | dustin@seriousinjury.legal | 2/22/2024 10:46:41 AM | SENT |
| Hunter Tackett | | hunter@seriousinjury.legal | 2/22/2024 10:46:41 AM | SENT |

# Exhibit F

**150th District Court**

# Case Summary

**Case No. 2024CI00629**

| | | | |
|---|---|---|---|
| **Antonio Lopez VS Wal-Mart Stores Texas, LLC ET AL** | § | Location: | **150th District Court** |
| | § | Judicial Officer: | **150th, District Court** |
| | § | Filed on: | **01/10/2024** |

## Case Information

Case Type: PREMISES

Case Status: **01/10/2024 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2024CI00629 |
| Court | 150th District Court |
| Date Assigned | 01/10/2024 |
| Judicial Officer | 150th, District Court |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Lopez, Antonio** | **BROWN, DUSTIN** ***Retained*** |
| **Defendant** | **Wal-Mart Stores Texas, LLC** | **FLOYD, JAMES** ***Retained*** |
| | **Wal-Mart Supercenter #1313** | **FLOYD, JAMES** ***Retained*** |
| | **Walmart, Inc.** | **FLOYD, JAMES** |

***Retained***

## Events and Orders of the Court

01/10/2024 New Cases Filed (OCA)

01/10/2024 PETITION

01/12/2024 **Citation**
Wal-Mart Stores Texas, LLC
Served: 02/06/2024
Walmart, Inc.
Served: 02/06/2024

02/07/2024 RETURN OF SERVICE - SUCCESSFUL
*WAL-MART STORES TEXAS, LLC*

02/07/2024 RETURN OF SERVICE - SUCCESSFUL
*WALMART, INC.*

02/22/2024
ORIGINAL ANSWER OF
*WAL-MART STORES TEXAS, LLC, WAL-MART SUPERCENTER #1313 AND WALMART INC*

02/22/2024 JURY FEE PAID

# Exhibit G

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANTONIO LOPEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 24-CV-235 |
| | § | |
| WAL-MART STORES TEXAS, LLC D/B/A WAL-MART SUPERCENTER #1313, WAL-MART SUPERCENTER #1313 AND WALMART INC. | § § § § | JURY DEMANDED |

**LIST OF COUNSEL OF RECORD**

1. Dustin Brown; SBN: 24076985
Email: dustin@seriousinjury.legal
Stanley and Associates, PLLC
2600 K Avenue, Suite 180
Plano, Texas 75074
(214) 570-4944 Telephone
(214) 540-4563 Fax
**ATTORNEYS FOR PLAINTIFF,**
**ANTONIO LOPEZ**

2. James K. Floyd; SBN: 24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN: 24098642
Email: eyancy@dawray.com
Daw & Ray, LLP
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Fax
**ATTORNEYS FOR DEFENDANTS,**
**WAL-MART STORES TEXAS, LLC**
**WAL-MART SUPERCENTER #1313**
**WALMART INC.**